UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-01612-JCM-NJK |
| Plaintiff, | ORDER |
| v. | |
| PACIFIC LEGENDS GREEN VALLEY OWNERS' ASSOCIATION, et al., | |
| Defendants. | |

Presently before the court is the matter of *Bank of America, N.A. v. Pacific Legends Green Valley Owners' Association et al*, case no. 2:16-cv-01612-JCM-CWH.

On January 19, 2017, Magistrate Judge Hoffman granted the parties' stipulation to stay the instant proceedings in part. (ECF No. 37). On July 26, 2017, the court denied the parties' respective motions for summary judgment and motion to certify a question of law to the Nevada Supreme Court. (ECF No. 49). Since that date, the parties have submitted two administrative filings to this court, a notice of completion of NRED mediation and a notice of change of address. The court orders the parties to file a joint status report indicating the status of the current action.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days of the date of this order. Failure to submit a joint status report will result in dismissal of this case for want of prosecution.

DATED THIS 23rd day of April, 2018.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE