# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-01612-JCM-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| PACIFIC LEGENDS GREEN VALLEY OWNERS' ASSOCIATION, et al., | |
| Defendants. | |

This matter is before the court on the parties' joint status report (ECF No. 54), filed on May 23, 2018. In light of the parties' representations, and good cause appearing, the court finds that the stay in this case should be lifted.

IT IS THEREFORE ORDERED that the stay of litigation is LIFTED.

IT IS FURTHER ORDERED that the following deadlines will govern this case:

1. Discovery deadline     August 23, 2018
2. Dispositive motions     September 24, 2018
3. Joint pretrial order     October 24, 2018, or 30 days after a ruling on dispositive motions

DATED: May 25, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE