DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@ kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@ kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@ kgelegal.com
KIM GILBERT EBRON
*fka* HOWARD KIM & ASSOCIATES
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 3, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LEGENDS GREEN VALLEY OWNERS' ASSOCIATION; BFP INVESTMENTS 3, LLC; NEVADA ASSOCIATION SERVICES, INC,<br><br>Defendants. | Case No.: 2:16-cv-01612-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT [ECF NO. 60]** |

- 1 -

Plaintiff Bank of America, N.A. ("BANA"), Defendant BFP INVESTMENTS 3, LLC ("BFP"), Defendant Pacific Legends Green Valley Owners' Association ("Association"), (collectively the "parties"), by and through their respective counsel, stipulate and agree that BFP shall have until October 17, 2018 to file its response to BANA's motion for summary judgment. [ECF No. 60]. The current deadline is October 15, 2018.

This stipulation is not made to delay or prejudice any party.

DATED this __15th__ day of October, 2018.

| **KIM GILBERT EBRON** | **AKERMAN LLP** |
|---|---|
| */s/ Karen L. Hanks*_____<br>DIANA CLINE EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for BFP Investments 3, LLC* | */s/ Vatana Lay*_____<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>VATANA LAY, ESQ.<br>Nevada Bar No. 12993<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br>*Attorneys for Bank of America, N.A.* |
| **BOYACK ORME & TAYLOR**<br><br>*/s/ Christopher B. Anthony*_____<br>EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>CHRISTOPHER B. ANTHONY, ESQ.<br>Nevada Bar No. 9748<br>401 N. Buffalo Drive, Suite 202<br>Las Vegas, Nevada 89145<br>*Attorneys for Pacific Legends Green Valley Owners' Association* | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2018

- 2 -