MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
        vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LEGENDS GREEN VALLEY OWNERS' ASSOCIATION; BFP INVESTMENTS 3, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01612-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT, ECF NO. 60**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP (**BANA**) and defendant BFP Investments 3, LLC (**BFP**) respectfully stipulate to allow BANA fourteen additional days to file its reply supporting its motion for partial summary judgment (ECF No. 60).

This stipulation is made due to the number of briefs in similar HOA foreclosure cases that are due in the same time period. These HOA foreclosure cases all came off stay at the same time when the Nevada Supreme Court resolved the certified question in in *SFR Investments Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the*

46831468;1

*CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931.

BANA filed its motion for partial summary judgment on September 24, 2018. (ECF No. 60.) BFP filed its opposition on October 17, 2018. (ECF No. 65.) BANA's reply deadline is October 31, 2018. BANA's deadline to file its reply supporting its motion for partial summary judgment will now be **November 14, 2018**. This is the first request to extend BANA's reply deadline. This stipulation is not made to cause delay or prejudice any party.

Dated this 30th day of October, 2018.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ *Vatana Lay, Esq.*<br>MELANIE D. MORGAN<br>Nevada Bar No. 8215<br>VATANA LAY, Esq.<br>Nevada Bar No. 12993<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP* | /s/ *Karen L. Hanks, Esq.*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for Defendant BFP Investments 3, LLC* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 31, 2018

46831468;1