MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
REX D. GARNER, ESQ.
Nevada Bar No. 9401
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: rex.garner@akerman.com

*Attorneys for Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LEGENDS GREEN VALLEY OWNERS' ASSOCIATION; BFP INVESTMENTS 3, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01612-JCM-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO BFP'S MOTION FOR RECONSIDERATION [ECF NO. 82] AND FOR BFP INVESTMENTS TO FILE ITS REPLY** |
| BFP INVESTMENTS 3, LLC,<br><br>Counter Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; SVEN STEFFEN, an individual,<br><br>Counter/Cross Defendants. | |

1

Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP (**BANA**) and defendant/counter-claimant BFP Investments 3, LLC (**BFP**) submit this stipulation to extend the deadline for BANA to oppose BFP's motion for reconsideration of order granting plaintiff's motion for summary judgment and order denying defendant's motion for summary judgment (ECF No. 82) for one week to September 13, 2019.

The current deadline for BANA to oppose BFP's motion for reconsideration of order granting plaintiff's motion for summary judgment and order denying defendant's motion for summary judgment is September 6, 2019. The continuance is requested because BANA's counsel is currently drafting briefs in numerous cases and needs additional time to adequately respond to the arguments in the motions. Additionally, further client approval is required prior to filing this brief.

For the same reasons, the parties agree BFP's reply deadline be extended to September 20, 2019.

DATED this 3rd day of September 2019.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Rex D. Garner* | /s/ *Karen Hanks* |
| MELANIE D. MORGAN, ESQ. | JACQUELINE A. GILBERT, ESQ. |
| Nevada Bar No. 8215 | Nevada Bar No. 10593 |
| REX D. GARNER, ESQ. | DIANA S. EBRON, ESQ. |
| Nevada Bar No. 9401 | Nevada Bar No. 10580 |
| 1635 Village Center Circle, Suite 200 | KAREN HANKS, ESQ. |
| Las Vegas, NV 89134 | Nevada Bar No. 9578 |
|  | 7625 Dean Martin Drive, Suite 110 |
| *Attorneys for Bank of America, N.A. Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* | Las Vegas, Nevada 89139 |
|  | *Attorneys for BFP Investments 3, LLC* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.: 2:16-cv-01612-JCM-CWH

DATED: September 6, 2019